AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cr-00149-NRM |
| Sultanov | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University and Reporters Committee for Freedom of the Press

Date: 10/2/23

s/ Scott B. Wilkens
*Attorney's signature*

Scott B. Wilkens (5886395)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

scott.wilkens@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

646-661-3361
*FAX number*